# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ALLSTATE INDEMNITY COMPANY** | ) )  ) |
| **Plaintiff,** | ) ) |
| v. | ) )    CV-10-00277-WHA-SRW |
| **KENNETH RICHARDSON and TONYA RICHARDSON,** | ) ) ) ) |
| **Defendants.** | ) |

## ALLSTATE INDEMNITY COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff, Allstate Indemnity Company ("Allstate"), by and through its attorneys of record, and submits this Motion for Summary Judgment.

As grounds for this Motion, Allstate states as follows:

1. There is no genuine issue as to any material fact; and

2. Allstate is entitled to judgment as a matter of law.

This Motion for Summary Judgment is supported by the following evidentiary submissions:

1. All pleadings filed to date;

2. All previous Orders entered by the Court in this case;

3. Statement of Undisputed Facts and Brief in Support of Motion for Summary

Judgment, (filed contemporaneously herewith);

4. Exhibit A:   Certified copy of Allstate Deluxe Plus Homeowner's Policy No. 915264346 issued to the Richardsons by Allstate;

5. Exhibit B:   Richardson's Chapter 7 Voluntary Petition from Case Number 08-3-03885-TBB7 in the Northern District of Alabama;

6. Exhibit C:   Bankruptcy Order Granting GMAC Mortgage's Motion for Relief From Stay

7. Exhibit D:   Judge Thomas B. Bennett's Order Confirming Richardson's Bankruptcy Plan;

8. Exhibit E:   Richardsons' Properly Signed Certificates of Certification and Errata Sheets;

9. Exhibit F:   Portions of Kenneth and Tonya Richardsons' 2007 and 2008 Income Tax Documents;

10. Exhibit G:   Excerpts from the Deposition of Tonya Richardson;

11. Exhibit H:   Excerpts from Examination Under Oath of Tonya Richardson;

12. Exhibit I:   Excerpts from the Deposition of Kenneth Richardson;

13. Exhibit J:   Excerpts from the Examination Under Oath of Kenneth Richardson;

14. Exhibit K: Excerpts from the Sworn Statement of Carolyn Baccus ;

15. Exhibit L: Mortgage Documents from GMAC Mortgage, LLC;

16. Exhibit M: Advance Payment Agreement;

17. Exhibit N : Sworn Statement in Proof of Loss;

18. Exhibit O:   Personal Property Inventory Loss Forms;

19. Exhibit P: DB Appraisal Report;

Allstate respectfully moves this Court to grant its Motion for Summary Judgment, declaring the insurance policy void, and require that the Defendant reimburse Allstate the money Allstate advanced the Defendant.

**RESPECTFULLY SUBMITTED** this 4TH day of February, 2011.

   s/DeAnna G. Hay
**SUE E. WILLIAMSON [WIL133]**
**DEANNA G. HAY[HAY051]**
Attorneys for Plaintiff Allstate Indemnity Company

**OF COUNSEL:**
KLASING & WILLIAMSON, P.C.
1601 Providence Park
Birmingham, Alabama 35242
(205) 980-4733
(205) 980-4737 fax

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 4, 2011, I electronically filed the foregoing MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kirby Farris
Attorney for Defendants Kenneth and Tonya Richardson
FARRIS, RILEY & PITT, LLP
2025 Third Avenue North
Suite 400
Birmingham, AL 35203

               s/ DeAnna G. Hay
               **OF COUNSEL**